UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>               Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>               Defendant. | Civil Action No. 25-3113 (TNM) |

## JOINT STATUS REPORT

The parties, by and through counsel, respectfully file this Joint Status Report.  This is a Freedom of Information Act ("FOIA") matter involving three FOIA requests that Plaintiff submitted to the United States Department of Homeland Security ("DHS").  Plaintiff filed the Complaint on September 10, 2025 (ECF No. 1) and Defendant filed its Answer on December 8, 2025 (ECF No. 7).

## THE STATUS OF PLAINTIFF'S FOIA REQUEST

Plaintiff submitted three FOIA requests to DHS between May and July 2025 seeking certain email communications between senior DHS officials and Corey Lewandowski. *See* Compl. (ECF No. 1). DHS has completed a search for records responsive to all three FOIA requests and a more detailed breakdown of the status of these three FOIA requests is as follows:

For Plaintiff's First Request dated May 9, 2025, seeking Lewandowski communications and calendar entries, DHS assigned this Request tracking number 2025-HQFO-04140 (hereinafter "First Request" or "Request 01410"). Regarding items 2 and 3 of this First Request, DHS completed a search for records and gathered 138 pages of potentially responsive records to process for item 2 and 855 pages to process for item 3. A search was conducted for records responsive to

items 1, 4, 5, and 6, which returned approximately 18,160 documents or approximately 59,775 pages. DHS is currently performing deduplications of these records and an analysis of the results to determine ways to narrow the results of this search. Regarding item 1, Plaintiff has discussed with Defendant the scope of the request, including ways to narrow the number of documents and pages.

For Plaintiff's Second Request dated June 10, 2025, seeking email communications of nine senior DHS officials including Lewandowski, DHS assigned this Request tracking number 2025-HQFO-04732 ("Second Request" or "Request 04732"). DHS completed a search for records and gathered 597 pages of potentially responsive pages. After a responsiveness review, DHS identified forty-four pages responsive to this request, which DHS is currently processing for release by February 20, 2026, subject to a delay due to the potential for the Department of Homeland Security's lapse in appropriations.

For Plaintiff's Third Request dated July 10, 2025, FOIA request, seeking email communications of seven senior DHS officials, including Lewandowski, DHS assigned this Request tracking number 2025-HQFO-05499 ("Third Request" or "Request 05499"). DHS completed a search for records responsive to this request and, after assessing the results of the search, DHS identified approximately 1,504 records potentially responsive to this request for a total of 10,946 pages. Plaintiff has discussed with Defendant the scope of the request, including ways to narrow the number of documents and pages.

## THE ANTICIPATED NUMBER OF PAGES OF RECORDS RESPONSIVE TO PLAINTIFF'S FOIA REQUEST

As reported, above, DHS has identified the total number of pages potentially responsive to Plaintiff's Second and Third Requests, (Request 04732 and Request 05499) and items 2 and 3 of Plaintiff's First Request (Request 04140). For items 1, 4, 5, and 6 of Plaintiff's First Request,

(Request 04140), DHS anticipates completing its deduplications and an analysis of the results of these records by the end of this week to assess a way to further narrow the results of a search for responsive records, down from the initial search result of 18,160 documents or approximately 59,775 pages.

**THE ANTICIPATED DATE(S) FOR RELEASE OF
THE RECORDS REQUESTED BY PLAINTIFF**

As reported above, DHS anticipates making a complete release of any responsive non-exempt reasonably segregable information responsive to Plaintiff's Second Request (Request 04732) by February 20, 2026, subject to a delay due to the potential for the Department of Homeland Security's lapse in appropriations.

After that, DHS will continue processing records gathered in response to Plaintiff's First and Third Requests at a rate of approximately 500 pages per month. DHS will start with processing records gathered in response to Plaintiff's Third Request (Request 05499) and then will process records gathered in response to Plaintiff's First Request (Request 04140). Plaintiff has communicated to DHS that it prefers that DHS start processing Plaintiff's First Request, then Plaintiff's Third Request thereafter. DHS will consider this request depending on the deduplication and further analysis DHS is currently undergoing described above to further narrow the results of the search for Plaintiff's First Request (Request 04140). DHS anticipates making its first interim release of records responsive to Plaintiff's Third Request by mid-March 2026 with rolling releases continuing thereafter until processing is completed.

***VAUGHN* INDEX/SUMMARY JUDGMENT BRIEFING**

Because DHS has not completed processing responsive records, the parties believe that it is too soon to know whether it will be necessary to share a draft *Vaughn* index and/or to propose a briefing schedule for summary judgment. Once production has completed, the parties will confer

over any issues that Plaintiff may have with the search or withholdings to narrow—if not eliminate—the issues in dispute that require resolution by the Court.

## PROPOSED NEXT JOINT STATUS REPORT

The parties respectfully propose that the parties submit another Joint Status Report in approximately sixty days, April 10, 2026, to apprise the Court of any updates on the status of Plaintiff's FOIA request.

\*     \*     \*

Dated:  February 9, 2026
          Washington, DC

                                                            Respectfully submitted,

*/s/ Daniel Martinez*                                        JEANINE FERRIS PIRRO
Daniel Martinez                                             United States Attorney
D.C. Bar No. 90025922
AMERICAN OVERSIGHT
1030 15th Street NW, B255                                   By:  _____*/s/ Anna D. Walker*_____
Washington, DC 20005                                            ANNA D. WALKER
(202) 897-2465                                                  D.C. Bar No. 90037215
danny.martinez@americanoversight.org                           Assistant United States Attorney
                                                               601 D Street, NW
*Counsel for Plaintiff*                                         Washington, DC 20530
                                                               (202) 252-2544

                                                            *Attorneys for the United States of America*