UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 25-3113 (TNM) |

# JOINT STATUS REPORT

Pursuant to the Court's order dated July 10, 2026, the parties, by and through counsel, respectfully file this Joint Status Report. *See* Minute Order (July 10, 2026).[1] This is a Freedom of Information Act ("FOIA") matter involving three FOIA requests that Plaintiff submitted to the United States Department of Homeland Security ("DHS" or the "Department"). Plaintiff filed the Complaint on September 10, 2025 (ECF No. 1) and Defendant filed its Answer on December 8, 2025 (ECF No. 7).

Plaintiff submitted three FOIA requests to DHS between May and July 2025 seeking certain email communications between senior DHS officials and Corey Lewandowski. *See* Compl. (ECF No. 1). The parties' prior status report of May 11, 2026, reported that DHS had completed a search for records responsive to all three FOIA requests and provided a breakdown of the status of the three FOIA requests. The Parties can report the following updates regarding the three requests:

[1] The July 10, 2026 Minute Order ordered the parties to file a status report by September 7, 2026. As September 7th was Labor Day, the status report was due on the following business day, September 8th. Due to the holiday and Plaintiff's counsel's illness, the parties inadvertently failed to file the status report on September 8th. Upon discovering the error, the parties promptly conferred regarding the case and filed this status report. The parties sincerely regret the error.

- **Plaintiff's First Request (2025-HQFO-04140)**: DHS reported in February that it completed a search for records which yielded the following pages:

    - Items, 1, 4, 5, and 6: 59,775 pages
    - item 2: 138 pages
    - item 3: 855 pages

*See* Joint Status Report at 1–2 (Feb. 9, 2026), ECF No. 8. On June 11, 2026, an interim release was made related to Request No. 2025-HQFO-04140, comprising of approximately 45 pages. On September 1, 2026, an interim release was made. The parties are working to narrow the scope of this request. Defendant expects to make its next interim release prior to end of September.

- **Plaintiff's Second Request (2025-HQFO-04732)**: On February 13, 2026, DHS issued its first interim response. It processed 597 potentially responsive pages of records to Request No. 2025-HQFO-04732. Of the 597 pages, 34 pages were withheld in part and 10 pages were withheld in full pursuant to FOIA exemptions (b)(5) and (b)(6). In addition, 126 pages were sent to component offices for consultation. The remaining 429 pages were reviewed but were considered nonresponsive or duplicative. DHS is still awaiting a response from the component officer on the consultations but will release the consultations on a rolling basis as they are received.

- **Plaintiff's Third Request (2025-HQFO-05499)**: DHS reported in February, *see* Joint Status Report at 1–2 (Feb. 9, 2026), ECF No. 8, that it had completed its search and has identified 10,946 total pages of potentially responsive records. Plaintiff previously communicated to DHS that it prefers that DHS process Plaintiff's First Request before the Third Request. *See* JSR at 3 (Feb. 9, 2026), ECF No. 8. DHS honored that preference by processing Request 2025-HQFO-04140 once the lapse in appropriations ended.

The parties respectfully propose that the parties submit another Joint Status Report in approximately ninety days, December 7, 2026, to apprise the Court of any updates on the status

of Plaintiff's FOIA request.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis
DC Bar No 144574
AMERICAN OVERSIGHT
1030 15th Street NW
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar #252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

*Attorneys for the United States of America*